as to the plaintiffs; they have a valid and binding contract with the intervenors, confirmed by the consent decree. They may pursue the remedies stated in the decree.

The order vacating the consent decree is reversed.

Reversed.

McNAMARA, P. J., and McGLOON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT BELL, Defendant-Appellant.

(No. 58437;

First District (3rd Division)—February 21, 1974.

PER CURIAM.

MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN LEWIS, Defendant-Appellant.

(No. 58668;

First District (3rd Division)—February 21, 1974.